**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-1883**

─────────────

POWHATAN COUNTY SCHOOL BOARD,

        Plaintiff - Appellee,

   v.

KANDISE LUCAS,

        Defendant - Appellant,

   and

TODD SKINGER,

        Defendant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:24-cv-00874-REP)

─────────────

Submitted:  December 23, 2025                    Decided:  December 30, 2025

─────────────

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Kandise Lucas, Appellant Pro Se.  Matthew David Green, Laura Elizabeth Maughan, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kandise Lucas seeks to appeal the district court's orders denying her motion requesting district court hearing transcripts at government expense and denying several other motions in the ongoing proceedings based on Appellee's complaint against Lucas. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Lucas seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*